IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HAYAM EL GAMAL; HABIBA SOLIMAN; E.S.; A.S.; H.S.; and O.S., | § § § | |
| *Petitioners-Plaintiffs*, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-25-CV-1261-FB |
| MARKWAYNE MULLIN, in His Official Capacity as Secretary of the Department of Homeland Security; TODD BLANCHE, in His Official Capacity as Acting U.S. Attorney General; TODD LYONS, in His Official Capacity as Acting Director of Immigration and Customs Enforcement; SYLVESTER ORTEGA, in His Official Capacity as Acting Director of ICE San Antonio Field Office; and JOSE RODRIGUEZ, Jr., in His Official Capacity as Administrator of Dilley Immigration Processing Center, | § § § § § § § § § § § § | |
| *Respondents-Defendants*. | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the Court are the Report and Recommendation of United States Magistrate Judge filed on April 20, 2026 (ECF No. 59); Federal Respondents' Objections to the Report and Recommendation filed on April 22, 2026 (ECF No. 65); Federal Respondents' Objections to the Report and Recommendation #2 filed on April 23, 2026 (ECF No. 66), and the oral arguments of counsel at the hearing held in this case on April 23, 2026.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of them. See 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only review the

Report and Recommendation and determine whether they are either clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989). On the other hand, any Report or Recommendation to which there are objections requires de novo review by the Court. Such a review means that the Court will examine the entire record, and will make an independent assessment of the law. The Court need not, however, conduct a de novo review when the objections are frivolous, conclusive, or general in nature. *Battle v. United States Parole Commission*, 834 F.2d 419, 421 (5th Cir. 1987).

In the Report, Magistrate Judge Chestney recommends that the First Amended Verified Petition for Writ of Habeas Corpus filed by Petitioners Hayam El Gamal and her five children (ECF No. 42) be GRANTED and that Respondents be ordered to RELEASE Petitioners from their custody under conditions sufficient to ensure their participation at future removal proceedings.

The Court has reviewed the objections filed by the Respondents, has considered the arguments and authorities presented by counsel for both parties as the April 23, 2026, hearing, and has conducted a de novo review of the Magistrate Judge's Report and Recommendation and finds the objections should be overruled. The Court hereby accepts, approves, and adopts the factual findings and legal conclusions by the United States Magistrate Judge contained in the Report and Recommendation (ECF No. 59), and incorporates herein the arguments and authorities presented by the Petitioners at the April 23, 2026, hearing. The Report and Recommendation of the United States Magistrate Judge shall be accepted pursuant to 28 U.S.C. § 636(b)(1) such that Petitioners' First Amended Verified Petition for Habeas Corpus (ECF No. 42) shall be GRANTED such that Respondents shall be ORDERED to release Petitioners from their custody under conditions sufficient to ensure their participation at future removal proceedings.

Accordingly, it is hereby ORDERED that the Report and Recommendations of United States Magistrate Judge, filed in this case on April 20, 2026 (ECF No. 59) is ACCEPTED such that Petitioner's First Amended Verified Petition for Habeas Corpus (ECF No. 42) is GRANTED such that as ordered in open Court at the April 23, 2026, hearing, Petitioners Hayam El Gamal, Habiba Soliman, and the 4 minor children, E.S.; A.S.; H.S.; and O.S. are ORDERED to be RELEASED IMMEDIATELY.

IT IS FURTHER ORDERED that Petitioners Hayam El Gamal and Habiba Soliman are to wear electronic monitoring upon their release, and Petitioners are to comply with reasonable reporting requirements to the immigration authorities.

IT IS FURTHER ORDERED that the Respondents' oral request for a stay of this Court's order of release pending their prompt request to the Solicitor General for approval of appeal authorization is DENIED.

IT IS FURTHER ORDERED that the Respondents shall file a status report no later than 4 p.m. on Friday, April 24, 2026, confirming that Petitioners have been released under the conditions as set forth above.

IT IS FURTHER ORDERED that motions pending, if any are DISMISSED AS MOOT, and this case is now CLOSED. A final judgment will issue separately.

It is so ORDERED.

SIGNED this 23rd day of April, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE