Niels W. Frenzen (Calif. Bar No. 139064)
USC Gould School of Law, Immigration Clinic
699 Exposition Blvd.
Los Angeles, CA 90089-0071
213-740-8933; 213-740-5502 (Fax)
nfrenzen@law.usc.edu

Eric Lee (Mich. Bar No, P80058)*
24225 W. 9 Mile Rd. Ste. 140
Southfield, MI 48033
248-602-0936
ca.ericlee@gmail.com
*Admission forthcoming

*Pro Bono Counsel for Petitioner*

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| Hayam El Gamal, Habiba Soliman, E.S., A.S. H.S., O.S., | ) PETITIONERS' EMERGENCY |
| | ) EX PARTE APPLICATION FOR |
| *Petitioners*, | ) TEMPORARY RESTRAINING |
| | ) ORDER AND ORDER TO |
| v. | ) SHOW CAUSE |
| | ) |
| MARKWAYNE MULLINS, DHS Secretary | ) |
| | ) |
| TODD LYONS, | ) |
| in his official capacity as Acting | ) |
| Director of Immigration and Customs | ) |
| Enforcement; and | ) |
| | ) |
| JOHN FABBRICATORE, | ) |
| In his official capacity as ICE Denver | ) |
| Field Office Director, | ) |
| | ) |
| *Respondents*. | ) |
| | ) |

1

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and D.C.COLO.LCivR 65.1(a), Petitioners Hayem El Gamal and her five children, hereby move the Court for an emergency stay prohibiting Respondents from removing Ms. El Gamal and her children from the United States pending further Order of this Court.

Petitioners are in Respondents' custody and in the process of being removed.

This application is supported by the attached Orders of the U.S. District Court for the Western District of Texas and Petitions' Motion for Stay of Removal filed with the Fifth Circuit Court of Appeals, as well as any additional submissions that may be submitted.

Dated: April 25, 2026                    Respectfully submitted,


                                         /s/ Niels W. Frenzen
                                         NIELS W. FRENZEN
                                         699 Exposition Blvd
                                         Los Angeles, CA 90089-0071
                                         Telephone: (213)740-8933
                                         nfrenzen@law.usc.edu


                                         Eric Lee (Mich. Bar No, P80058)*
                                         24225 W. 9 Mile Rd. Ste. 140
                                         Southfield, MI 48033
                                         248-602-0936
                                         ca.ericlee@gmail.com
                                         *Admission forthcoming

                                         Attorneys for Petitioner

1

## CERTIFICATE OF COUNSEL

Pursuant to D.C.COLO.LCivR 65.1(a)(2), I hereby certify that I have been

unable to give notice to Respondents' counsel due to the urgency of the matter.

Dated: April 25, 2026                     Respectfully submitted,


                                          /s/ Niels W. Frenzen
                                          NIELS W. FRENZEN
                                          USC GOULD SCHOOL OF LAW,
                                          IMMIGRATION CLINIC
                                          699 Exposition Blvd
                                          Los Angeles, CA 90089-0071
                                          Telephone: (213)740-8933
                                          nfrenzen@law.usc.edu

                                          Eric Lee (Mich. Bar No, P80058)*
                                          24225 W. 9 Mile Rd. Ste. 140
                                          Southfield, MI 48033
                                          248-602-0936
                                          ca.ericlee@gmail.com
                                          *Admission forthcoming

                                          Attorneys for Petitioners

2