**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Nina Y. Wang**

Case No. 26-cv-01763-NYW

HAYAM EL GAMAL,
HABIBA SOLIMAN,
E.S.,
A.S.,
H.S., and
O.S.,

      Petitioners,

v.

DONALD J. TRUMP, in his official capacity,
STEPHEN MILLER, in his official capacity,
MARKWAYNE MULLIN, in his official capacity,
TODD BLANCHE, in his official capacity,
DAVID VENTURELLA, in his official capacity,[1] and
GEORGE VALDEZ, in his official capacity,

      Respondents.

---

**ORDER TO SHOW CAUSE**

---

"The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Stewart v. Donges*, 915 F.2d 572, 574 (10th Cir. 1990) (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) (per curiam)). The district court, however, does not lose jurisdiction over "collateral matters not involved in the appeal." *McKissick v. Yuen*, 618 F.3d 1177, 1196 (10th Cir. 2010) (quotation omitted).

---

[1] Under Fed. R. Civ. P. 25(d), David Venturella is automatically substituted in as a Respondent in this case as the current officeholder.

On June 24, 2026, Respondents filed a Notice of Appeal, appealing this Court's April 25, 2026 All Writs Act Order to the Tenth Circuit.  *See* [Doc. 43]; *see also* [Doc. 7]. Because the issue of whether this Court had jurisdiction to issue the April 25 Order appears to be intertwined with the merits of Petitioners' First Amended Verified Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief, [Doc. 27 (the "Amended Petition")], it is **ORDERED** that Petitioners shall **SHOW CAUSE**, on or before **July 14, 2026**, why Respondents' Notice of Appeal did not divest this Court of jurisdiction to adjudicate Petitioners' Amended Petition.  Respondents may respond to Petitioners' Response on or before **July 21, 2026**.  Respondents' deadline to respond to the Opposed Motion for Leave to File Supplemental Petition/Complaint, [Doc. 44], is **STAYED** pending further order of the Court.

DATED:  June 30, 2026

BY THE COURT:

Nina Y. Wang
United States District Judge

2